12-272/brk/emr

IN THE COUNTY COURT OF THE 15TH JUDICIAL CIRCUIT IN AND FOR PALM BEACH COUNTY, FLORIDA

COUNTY CIVIL DIVISION
CASE NO: 50 2012 CC 007796 XXXX MB RL

MARIE BOURDEAU,

    Plaintiff,

vs.

COLLECTION INFORMATION BUREAU, INC

    Defendant.
_____/

## NOTICE OF REMOVAL

PLEASE TAKE NOTICE that Defendant, Collection Information Bureau, Inc. ("CIB"), a Florida corporation, by and through the undersigned counsel, hereby respectfully advises Plaintiff, MARIE BOUDREAU and this Honorable Court of the removal of this action to the United States District Court, Southern District of Florida. A copy of the Notice of Removal filed in that Court, pursuant to 28 U.S.C. 1446(a) is attached hereto and marked as *Exhibit A*.

PLEASE TAKE FURTHER NOTICE that, pursuant to 28 U.S.C. 1446, this Honorable Court "shall proceed no further unless and until the case is remanded."

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy hereof has been furnished by electronic mail to all parties on the attached Counsel List, this __17th__ day of August, 2012.

    ROBERTS, REYNOLDS, BEDARD & TUZZIO, PLLC
    470 Columbia Drive, Bldg. C101
    West Palm Beach, FL 33409
    Phone: 561-688-6560/Fax: 561-688-2343
    Email: bbedard@rrbpa.com
    Email: bkelley@rrbpa.com
    Attorneys for Defendant
    */s/ Benjamin R. Kelley*
    BENJAMIN L. BEDARD
    Florida Bar No: 180556
    BENJAMIN R. KELLEY
    Florida Bar No: 92463